```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :   PROPOSED DISCOVERY PLAN
            Plaintiff,             :
                                   :   Civil Action No.
    - against -                    :   CV-08-3834
                                   :
75 MAIN AVENUE OWNERS CORP, ET AL.,:   (SEYBERT, J.)
                                   :   (WALL, M.J.)
            Defendants.            :
                                   :
-----------------------------------x
```

PURSUANT TO THE ORDER OF THE HONORABLE WILLIAM D. WALL, UNITED STATES MAGISTRATE JUDGE, filed on February 22, 2009, the parties respectfully submit this Proposed Discovery Plan:

|   |   |
|---|---|
| Deadline for amendment of the pleadings without leave of court or joinder of additional parties: | June 5, 2009 |
| Deadline for completion of fact discovery: | August 7, 2009 |
| Deadline for completion of expert discovery: | October 5, 2009 |
| Deadline to make dispositive motions: | Nov. 2, 2009 |

Dated:  Brooklyn, NY                    Dated: Malverne, NY
        February 24, 2009                      February 24, 2009

   BENTON J. CAMPBELL                   PAUL VERBESEY, ESQ.
   United States Attorney               *Attorney for Defendants*
   Eastern District of New York         110 Johnson Avenue
   *Attorney for Plaintiff*             Malvern, New York 11565
   271 Cadman Plaza East
   Brooklyn, New York 11201


 By:___/s/_____      By:___/s/_____
    Seth D. Eichenholtz              Paul Verbesey
    Assistant U.S. Attorney          (516) 887-3650
    (718) 254-7036                   Verblaw@verizon.net
    Seth.Eichenholtz@usdoj.gov